# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE NASH, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL NO. 09-cv-354-MJR |
| ILLINOIS STATE POLICE COMMISSIONER, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Plaintiff's motion to withdraw his claim due to filing in the incorrect district (Doc. 11) which this Court liberally construes as a notice of voluntary dismissal of the action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. This notice has been given before any opposing party has filed either an answer or motion for summary judgment. Consequently, voluntary withdrawal of his complaint is Plaintiff's right under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedcure. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. Furthermore, all pending motions are **DENIED** as moot. The Clerk of Court is **DIRECTED TO CLOSE THIS CASE.**

**IT IS SO ORDERED**.

**DATED this 10th day of September, 2009.**

                                          **s/ Michael J. Reagan**
                                          **MICHAEL J. REAGAN**
                                          **United States District Judge**