**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **GEORGE NASH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 09-cv-354-MJR** |
| | ) | |
| **ILLINOIS STATE POLICE** | ) | |
| **COMMISSIONER, et al.,** | ) | |
| | ) | |
| **Defendants.** | | |

## <u>JUDGMENT IN A CIVIL CASE</u>

This action came before the Court, District Judge Michael J. Reagan, and the following

decision was reached:

**IT IS ORDERED** that Plaintiff Nash shall recover nothing, and the

action be **DISMISSED without prejudice pursuant to Rule 41(a)(1)(A) of**

**the Federal Rules of Civil Procedure**.

**DATED**: 9/10/2009

JUSTINE FLANAGAN, ACTING

CLERK

By: s/ Annie McGraw
Deputy Clerk

APPROVED: **s/ Michael J. Reagan**
Michael J. Reagan
United States District Judge